Jeffrey MCCLAIN, et al., **Respondents,**

v.

**VAN DEN BERK-CLARK PROPERTIES, INC.,**
Appellant,

and

**James A. Farr, Respondent.**
**No. ED 104381**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: May 30, 2017

Rehearing Denied July 13, 2017

FOR APPELLANT: Jeffrey T. Weisman, 1221 Locust St., Ste. 800, St. Louis, MO 63103.

FOR RESPONDENT: Michael A. Gross, Atty. for Respondents, 231 South Bemiston Ave., Ste. 250, St. Louis, MO 63105, Joseph F. Yeckel, Atty. for Respondents, 7710 Carondelet Ave., Ste. 208, St. Louis, MO 63105, Frank D. Keefe, Atty. for Resp. Jeffrey McClain, 122 Clarkson Executive Park, Ellisville, MO 63011, Vincent D. Vogler, Jr., Michael A. Kasperek, Atty. for Resp. James Farr, 11756 Borman Dr., Ste. 200, St. Louis, MO 63141.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Van Den Berk-Clark Properties, Inc. ("Appellant") appeals the judgment denying its motion to set aside the sheriff's sale that resulted in Appellant's property being sold to James A. Farr per a writ of execution to collect on a judgment against Appellant in favor of Jeffrey and Robin McClain. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).